UNITED STATES of America,
Plaintiff–Appellee

v.

Elvin Winston RICKS, Defendant–
Appellant.

No. 09–50539
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Joe H. Rodriguez, Gatesville, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elvin Winston Ricks has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ricks has filed a response and motion to strike the *Anders* brief. Our independent review of the record, counsel's brief, and Ricks's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Ricks's motion to strike the *Anders* brief is DENIED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.